**Order entered May 21, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00343-CV

### IN THE INTEREST OF N.T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316-Z**

## ORDER

By order entered May 4, 2015, we granted court reporter Glenda E. Finkley's second request to extend time to file the reporter's record and directed her to file the record no later than May 14, 2015. To date, however, the record has not been filed. Because this is an accelerated appeal from a decree terminating Mother's parental rights and the record was first due March 16, 2015, we **ORDER** the record be filed **no later than May 26, 2015**. We **CAUTION** Ms. Finkley that failure to comply with this order *may result in an order that she not sit as a court reporter until she complies*. Accordingly, if necessary the trial court shall arrange for a substitute reporter. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and counsel for the parties.

/s/     DOUGLAS S. LANG
        PRESIDING JUSTICE